RICHARD MACCHIETTO *v.* JOHN M. KEGGI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 103 Conn. App. 769 (AC 26987), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Carey B. Reilly,* in support of the petition.

*Augustus R. Southworth III* and *Lauren J. Taylor,* in opposition.

Decided November 6, 2007

THOMAS PAYTON *v.* MARY ELLEN H. PAYTON

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 825 (AC 27037), is denied.

VERTEFEUILLE and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Geraldine Ficarra,* in support of the petition.

*Lori Welch-Rubin,* in opposition.

Decided November 6, 2007